UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NUMACO PACKAGING, LLC,
*Plaintiff*

v().

iMedia Brands, Inc.,
*Defendant*

Case No. _____

## COMPLAINT

Now comes Numaco Packaging, LLC, as Plaintiff, and hereby avers against the Defendant, iMedia Brands, Inc., as follows:

1.) The Plaintiff, Numaco Packaging, LLC ("Numaco"), is a Rhode Island limited liability corporation with a principal place of business located at 82 Boyd Avenue, East Providence, Rhode Island 02914.

2.) The Defendant, iMedia Brands, Inc. ("iMedia"), is a Minnesota corporation with a registered office and its principal place of business located at 6740 Shady Oak Road, Minneapolis, MN 55344-3433 and/or CT Corporation System Inc., 1010 Dale Street, No. St. Paul, MN 55117-5603, and a Principal Executive Office address of 6740 Shady Oak Road, Eden Prairie, Minnesota 55344.

3.) Subject matter jurisdiction exists pursuant to 28 USC § 1332, by way of diversity and the amount in controversy exceeds Seventy-Five Thousand and 00/100 Dollars ($75,000.00).

4.) The Defendant, iMedia is indebted to the Plaintiff, Numaco, in the amount of One Hundred Sixty-Six Thousand One Hundred Twenty-One and 58/100 Dollars ($166,122.58) for goods sold and delivered.

5.) Attached hereto and made a part hereof as <u>Exhibit A</u> is an Account Run from the business records of Plaintiff, evidencing the Defendant's indebtedness to the Plaintiff, as set forth above, in Paragraph 4 of this Complaint.

6.) Demand for payment of this past due account was made on the Defendant by demand letter dated March 24, 2023, a copy of which is attached hereto and is made a part hereof as <u>Exhibit B</u>.

## COUNT I
### Breach of Contract

7.) The Plaintiff, Numaco, hereby incorporates paragraphs one through six of this Complaint above and makes them a part hereof as if restated in their entirety.

8.) The Defendant's failure to pay its indebtedness to Plaintiff when due, as set forth in <u>Exhibit A</u> constitutes a material breach of contract.

9.) As a result of the Defendant's actions, the Plaintiff has been damaged.

WHEREFORE, the Plaintiff respectfully prays that judgment enter against the Defendant and in favor of the Plaintiff in the amount of One Hundred Sixty-Six Thousand One Hundred Twenty-One and 58/100 Dollars ($166,122.58), plus interest and costs.

## COUNT II
### Book Account

10.) The Plaintiff, Numaco, hereby incorporates paragraphs one through nine above and makes them a part hereof as if restated in their entirety.

11.)    The Defendant is indebted to the Plaintiff, on book account in the amount of One Hundred Sixty-Six Thousand One Hundred Twenty-One and 58/100 Dollars ($166,122.58), which sum is past due and owing.

12.)    As a result of the Defendant's wrongful failure to pay the Plaintiff has been damaged.

WHEREFORE, the Plaintiff respectfully prays that judgment enter against the Defendant and in favor of the Plaintiff in the amount of One Hundred Sixty-Six Thousand One Hundred Twenty-One and 58/100 Dollars ($166,122.58), plus interest and costs.

NUMACO PACKAGING, LLC
By its Attorney:

_____
Bruce W. Gladstone, Esq. (#2643)
Cameron & Mittleman LLP
301 Promenade Street
Providence, Rhode Island 02908
Tel. No.: (401) 331-5700
Fax No.: (401) 331-5787
E-mail: bgladstone@cm-law.com

Dated: May 2, 2023

P:\DOCS\NUMPA\45056\PLEADINGS\2FR0880.DOCX